March 13, 2008

HONORABLE JUDGE McMAHON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

docket as letter

Re; U.S.A v. EFRAIN CARRASQUILLO
07 CRIM. 1076 (CM)

Dear Honorable Judge McMahon:

I am writing this letter to request to change my lawyer Mr. Alan M. Nelson for the following reasons:

(1) He does not show any interest in my case.
(ii) We have conflict interest in this case.
(iii) Ineffective assistance of counsel.

Thank you in advance for your attention in this matter.

Respectfully,

Efrain Carrasquillo
Reg # 70374-054

c.c.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08