# ALAN M. NELSON
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

March 19, 2008

*docket as letter*

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: United States v. Efrain Carrasquillo
      07 Cr. 1076 (CM)

Dear Judge McMahon:

  Please accept this correspondence as a follow-up to the letter dated March 13, 2008 submitted to the Court by Efrain Carrasquillo concerning the issue of legal representation.

  Following receipt of a copy of the letter from the Court's Deputy I met with Mr. Carrasquillo at the MCC today to discuss amongst others matters the letter. Following discussion Mr. Carassquillo has requested that I inform the Court his wishes to withdraw his request for new counsel and specifically requests that I continue as counsel.

           Respectfully submitted,

          Alan Nelson

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08