**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2008

**MEMO ENDORSED**

*[Handwritten note: 4/28/08 Note - I have changed date to May 22 as I will be in White Plains from May 23 through the end of the trial]*

By Hand

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re: <u>United States v. Efrain Carrasquillo</u>
    07 Cr. 1076 (CM)

Dear Judge McMahon:

A status conference in the above-captioned matter is presently scheduled for April 29, 2008, at 2:30 p.m.

With respect to defendant Efrain Carrasquillo, the parties have been actively discussing a possible resolution of this case. Accordingly, the Government, joined by Alan Nelson, Esq., counsel for defendant Efrain Carrasquillo, respectfully request an adjournment of the upcoming status conference until May 2~~7~~2, 2008 at 9:30 a.m., in order to allow these discussions to continue.

Should Your Honor grant the request for an adjournment, the Government also respectfully requests that, with respect to defendant Carrasquillo, the Court exclude time from April 29, 2008, until May 2~~7~~2, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

The Honorable Colleen McMahon
April 28, 2008
Page 2 of 2

public and the defendants in a speedy trial because the continuance will allow the parties to continue to engage in discussions regarding a potential disposition. Defense counsel for Efrain Carrasquillo consents to this request for the exclusion of time.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                    By: _____
                         Nick Lewin
                         Assistant U.S. Attorney
                         (212) 637-2337

cc by fax:                Alan M. Nelson, Esq.
                         Attorney for Defendant Efrain Carrasquillo