UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    - v. -                        :

                                                                     S1 07 Cr. 1076 (CM)

EFRAIN CARRASQUILLO,
    a/k/a "Fox,"                  :
    a/k/a "Bori,"
                Defendant.
                                                    :

- - - - - - - - - - - - - - - - - - x

INFORMATION

## COUNT ONE

The United States Attorney charges:

1.    From in or about September 27, 2007, up to and including on or about September 28, 2007, in the Southern District of New York and elsewhere, EFRAIN CARRASQUILLO, a/k/a "Fox," a/k/a "Bori," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, CARRASQUILLO, conspired to commit an armed robbery of an employee of the Wink Payment Center who delivered cash to its various locations, including one at 29 East Bedford Park Boulevard, Bronx, New York.

    (Title 18, United States Code, Section 1951(a).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 28 2008

COUNT TWO

The United States Attorney further charges:

2. From in or about September 27, 2007, up to and including on or about September 28, 2007, in the Southern District of New York, EFRAIN CARRASQUILLO, a/k/a "Fox," a/k/a "Bori," the defendant, unlawfully, willfully and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Information, did use and carry firearms, and, in furtherance of such crime, did possess firearms, to wit, a loaded .22 caliber Burgo revolver bearing serial number 147201, and a loaded Glock .45 caliber semi-automatic pistol bearing serial number HCM248, which the defendant used, carried and possessed in the vicinity of 29 East Bedford Park Boulevard, Bronx, New York.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

COUNT THREE

The United States Attorney further charges:

3. On or about September 27, 2007, in the Southern District of New York, EFRAIN CARRASQUILLO, a/k/a "Fox," a/k/a "Bori," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 16, 2006, in Bronx Supreme Court, Bronx County, of Criminal Possession of a Loaded Firearm in the Third Degree, a violation of New York Penal Law 265.02(4), a

Class D felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, a Glock .40 caliber semiautomatic pistol and .40 caliber Speer and Federal ammunition, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

### COUNT FOUR

The United States Attorney further charges:

4. On or about September 27, 2007, in the Southern District of New York, EFRAIN CARRASQUILLO, a/k/a "Fox," a/k/a "Bori," the defendant, unlawfully, intentionally and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, less than 100 grams of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1), and 841(b)(1)(C).

(Title 21, United States Code,
Sections 812, 841(a), and 841(b)(1)(C).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EFRAIN CARRASQUILLO,
a/k/a "Fox," a/k/a "Bori,"

Defendant.

Information

S1 07 Cr. 1076 (CM)

MICHAEL J. GARCIA
United States Attorney.

5/28/08

*[handwritten notes]* Pld Inf + Waiver of Ind. Fld Consent to Proceed bf Mag. AUSA Nicholas Lewin pres. Deft. Efrain Carrasquillo pres. w/atty Alan Nelson. Spanish Intrp pres. Deft pleads Guilty to Inf. Sent Control date 8/26/08. Deft Cont. detained.

*[signature]* Mag Judge
Pol...