# ALAN M. NELSON
### ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

**MEMO ENDORSED**

August 5, 2008

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

*Sentencing is presently scheduled for 9/25/08 at 9:30 AM*

*[Signed] Colleen McMahon 8/8/08*

　　　　　　Re: <u>United States v. Efrain Carrasquillo</u>
　　　　　　　　07 Cr. 1076 (CM)

Dear Judge McMahon:

　　Please accept this correspondence as a request to adjourn the sentence in the above captioned matter presently scheduled for August 25, 2008 to a date in late September convenient to the Court.

　　The basis for the request is to review the report with the defendant to facilitate the acquisition of documents and correspondence from the defendant's family and friends for submission to the Court in support of his application for the imposition of a non-guideline sentence pursuant to 18 U.S.C. 3553(a).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Alan Nelson

cc: AUSA Nick Lewin (ECF)
　　Efrain Carrasquillo (U.S.Mail)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```